PER CURIAM.
Affirmed without prejudice to appellant filing a sworn and legally sufficient motion under Florida Rule of Criminal Procedure 3.801. See Mathis v. State, 139 So.3d 988 (Fla. 4th DCA 2014); Casteel v. State, 141 So.3d 624 (Fla. 4th DCA 2014). Thereafter, appellant can revisit the legality of his sentence. See, e.g., McLeod v. State, 58 So.3d 931 (Fla. 5th DCA 2011); Lawson v. State, 46 So.3d 1189, 1190 (Fla. 2d DCA 2010).
WARNER, TAYLOR and MAY, JJ, concur.